JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JONES, | ) NO. CV 18-5355-CJC(E) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| SCOTT KERNAN, Secretary of | ) |
| California Dept. of | ) |
| Corrections and | ) |
| Rehabilitation, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 20, 2018.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE